Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
MJ 23-06134
2023 DEC -1 AM 8:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___ TV

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
Siaka Massaquoi
DEFENDANT
USMS# _____

CASE NUMBER: 1:23-mj-00314

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 11/30/2023   ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

    18 U.S.C. § 1752(a)(1), 18 U.S.C. § 1752(a)(2), 40 U.S.C. § 5104(e)(2)(D), 40 U.S.C. § 5104(e)(2)(G).

5. Offense charged is a:   ☐ Felony  ☐ Minor Offense  ☐ Petty Offense  ☑ Other Misdemeanor

6. Interpreter Required:   ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1980

8. Defendant has retained counsel:  ☐ No
    ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Briahna Winter   (please print)

12. Office Phone Number: 703-438-5171

13. Agency: FBI

14. Signature: [signature]

15. Date: 11/30/2023

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION